MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
DAVID GLUTH, ESQ.
Nevada Bar No. 10596
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

*Attorneys for Plaintiffs*

-o0o-

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA MARIE MCINTOSH, individual and natural parent and guardian of minor ANTHONY TYLER HARRIS;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, in his individual and official capacity; JOSEPH PETRIE, in his individual and official capacity; JAMIE GILBERT, in her individual and official capacity, ANTHONY DERBY, in his individual and official capacity;<br><br>Defendants. | Case No.: 2:17-cv-00490–JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINITFFS TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs, Melissa Marie Mcintosh, individual and natural parent and guardian of minor Anthony Tyler Harris ("Plaintiffs") and Defendants, Clark County School District, Pat Skorkowsky, Joseph Petrie, Jamie Gilbert, and Anthony Derby ("Defendants") by and through their attorneys of record, to extend the deadline for Plaintiffs to file their response to Motion to Dismiss [ECF No. 5] up to and including March 22, 2017. An extension is necessary to allow Plaintiffs sufficient time to review the motion and the extensive legal authorities contained therein and appropriately respond. Additionally, Plaintiffs' law firm is currently preparing for a trial beginning on March 13, 2017. Defendants do not object to the



extension. This is the parties first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED this 8th day of March, 2017.         DATED this  8th  day of March, 2017.

GANZ & HAUF                                                   OFFICE OF THE GENERAL COUNSEL

/s/ *David T. Gluth*                                              /s/ *Daniel L. O'Brien*
MARJORIE HAUF, ESQ.                                  DANIEL L. O'BRIEN, ESQ.
Nevada Bar No. 008111                                    Nevada Bar No. 983
DAVID GLUTH, ESQ.                                        CARLOS L. MCDADE, ESQ.
Nevada Bar No. 10596                                      Nevada Bar No. 11205
8950 W. Tropicana Ave., Suite 1                      5100 W. Sahara Ave.
Las Vegas, Nevada 89147                               Las Vegas, Nevada 89146
Tel:  (702) 598-4529                                          Tel. 702-799-5373

*Attorneys for Plaintiffs*                                      *Attorneys for Defendants*

**IT IS SO ORDERED:**

DATED:  3/8/2017

_____
U.S. DISTRICT JUDGE

