1  MARJORIE HAUF, ESQ.
   Nevada Bar No. 008111
2  DAVID GLUTH, ESQ.
   Nevada Bar No. 10596
3  GANZ & HAUF
   8950 W. Tropicana Ave., Suite 1
4  Las Vegas, Nevada 89147
   Tel:  (702) 598-4529
5  Fax: (702) 598-3626
6
7  *Attorneys for Plaintiffs*

8                              -o0o-

9              IN THE UNITED STATES DISTRICT COURT

               DISTRICT OF NEVADA
10

11 MELISSA MARIE MCINTOSH, individual and
   natural parent and guardian of minor ANTHONY      CASE NO.:    2:17-cv-0490-JAD-NJK
12 TYLER HARRIS;

13              Plaintiffs,

14 vs.

15 CLARK COUNTY SCHOOL DISTRICT; PAT               JOINT STIPULATION AND
   SKORKOWSKY, in his individual and official      (PROPOSED) ORDER TO STAY
16 capacity; JOSEPH PETRIE, in his individual and        DISCOVERY
   official  capacity;  JAMIE  GILBERT,  in  her
17 individual  and  official  capacity,  ANTHONY         (First Request)
   DERBY, in his individual and official capacity;
18

19              Defendants.

20

21        Plaintiffs, MELISSA MARIE MCINTOSH, individual and natural parent and guardian of

22 minor ANTHONY TYLER HARRIS ("Plaintiffs"), and Defendants, CLARK COUNTY SCHOOL

23 DISTRICT, PAT SKORKOWSKY, JOSEPH PETRIE, JAMIE GILBERT, ANTHONY DERBY

24 ("Defendants"), by and through their attorneys of record, hereby stipulate and agree pursuant to

25 Local Rule 7-1 as follows:

26        1.       Pursuant to Local Rule 26-1(d), the Plaintiff shall initiate "the Fed. R. Civ. P. 26(f)

27 meeting within thirty (30) days after the first defendant answers or otherwise appears."  On February

28 22, 2017, Defendants appeared when they filed their Motion to Dismiss Complaint (ECF No. 5)

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

("Motion to Dismiss").

2.      Pursuant to Local Rule 26-1(d), "the parties shall submit a stipulated discovery plan and scheduling order" fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference.

3.      The parties held a conference on March 17, 2017 to discuss discovery and case deadlines, and agreed to enter a stipulation to stay discovery deadlines for the following reasons:

4.      Defendants' Motion to Dismiss (ECF No. 5) seeks to dismiss all the claims against Defendants for failure to state a claim, application of qualified immunity, and/or the Coverdell Act. Plaintiffs disputes Defendants' position and filed their response in opposition alleging that their claims are sufficiently plead and should not be dismissed. (ECF No. 14). Alternatively, Plaintiffs requested leave to amend their Complaint. *Id.*

5.      The parties agree it is in the best interest of all parties to await the Court's ruling on the Motion to Dismiss (ECF No. 5) prior to setting discovery deadlines and incurring the time and expense of written discovery and depositions in the event the Court dismisses the action in whole or in part.

6.      Federal district courts have "wide discretion in controlling discovery." *Little v. City of Seattle,* 863 F.2d 681, 685 (9th Cir. 1988).  In exercising this discretion, a district court may stay discovery based on the filing of a motion that is "potential dispositive of the entire case." *Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 601 (D. Nev. 2011).  *See also Turner Broadcasting Sys. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997) (holding that "[w]hether to grant a stay is within the discretion of the Court…"); *Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife,* 288 F.R.D. 500, 506 (D. Nev. 2013) ("discovery should be stayed while dispositive motions are pending only when there are no factual issues in need of further immediate exploration, and the issues before the Court are purely questions of law…") (internal quotations omitted).  As such, it is within the Court's power to grant a stay of discovery at this time.

7.      It would be burdensome and unfair to have the parties incur the expense of time-consuming and costly discovery because the parties have agreed to a stay.  Rule 1 of the Federal Rules of Civil Procedure provides that the federal rules of practice should be "construed and administered to secure the just, speedy, and *inexpensive* determination of every action and



GANZ & HAUF

8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

proceeding." (emphasis added). Thus, staying discovery in this case is consistent with the spirit and intent of the Federal Rules of Civil Procedure. Further, should the Court agree that Plaintiffs are entitled to amend their Complaint, if necessary, then parties would need to conduct discovery as to the amended pleadings. If a stay is not granted, the parties will be required to engage in and incur the costs of discovery which may not be necessary.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

8.      In order to preserve the parties' resources, and to promote judicial economy, the parties have agreed, subject to the Court's approval, to stay discovery until this Court rules on Defendants' pending Motion to Dismiss.  The parties further stipulate to delay submission of the stipulated discovery plan and discovery order for fourteen (14) days after this Court rules on Defendants' pending Motion to Dismiss.

DATED:  March __31___ , 2017.

GANZ & HAUF

/s/ David Gluth
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147

*Attorneys for Plaintiff*

DATED:  March __31___ , 2017.

OFFICE OF THE GENERAL COUNSEL

/s/ Daniel L. O'Brien
DANIEL L. O'BRIEN, ESQ.
Nevada Bar No. 0983
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
5100 W. Sahara Ave.
Las Vegas, Nevada 89146

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 3, 2017
_____



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626