MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
JEFFREY GALLIHER, ESQ.
Nevada Bar No. 8078
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

*Attorneys for Plaintiffs*

-o0o-

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA MARIE MCINTOSH, individual and natural parent and guardian of minor ANTHONY TYLER HARRIS;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, in his individual and official capacity; JOSEPH PETRIE, in his individual and official capacity; JAMIE GILBERT, in her individual and official capacity, ANTHONY DERBY, in his individual and official capacity;<br><br>Defendants. | Case No.: 2:17-cv-00490–JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINITFFS TO FILE RESPONSE TO MOTION TO DISMISS** |

IT IS HEREBY STIPULATED between Plaintiffs, Melissa Marie Mcintosh, individual and natural parent and guardian of minor Anthony Tyler Harris ("Plaintiffs") and Defendants, Clark County School District, Pat Skorkowsky, Joseph Petrie, Jamie Gilbert, and Anthony Derby ("Defendants") by and through their attorneys of record, to extend the deadline for Plaintiffs to file their response to Motion to Dismiss Plaintiffs' Amended Complaint up to and including October 30, 2017. An extension is necessary to allow Plaintiffs sufficient time to review the motion and the

///

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

extensive legal authorities contained therein and appropriately respond. Defendants do not object to the extension. This stipulation is submitted in good faith without the purpose of undue delay.

DATED this 25th day of October, 2017.   DATED this  25th  day of October, 2017.

GANZ & HAUF   OFFICE OF THE GENERAL COUNSEL

 /s/ Jeffrey Galliher   /s/ Daniel L. O'Brien
MARJORIE HAUF, ESQ.   DANIEL L. O'BRIEN, ESQ.
Nevada Bar No. 008111   Nevada Bar No. 983
JEFFREY GALLIHER, ESQ.   CARLOS L. MCDADE, ESQ.
Nevada Bar No. 8078   Nevada Bar No. 11205
8950 W. Tropicana Ave., Suite 1   5100 W. Sahara Ave.
Las Vegas, Nevada 89147   Las Vegas, Nevada 89146
Tel: (702) 598-4529   Tel. 702-799-5373

*Attorneys for Plaintiffs*   *Attorneys for Defendants*

**IT IS SO ORDERED:**

DATED: 10/30/2017

_____
UNITED STATES DISTRICT JUDGE
